IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ALEXANDER E. JONES | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing has been set in the above-referenced case for June 14, 2024 at 10:00 a.m. (prevailing Central Time) in the United States Bankruptcy Court for the Southern District of Texas before the Honorable Christopher M. Lopez, Courtroom 401, 515 Rusk, Houston, TX 77002, regarding the following:

- *Debtor's Emergency Motion for Entry of an Order Converting Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code* [Doc. No. 684].

PLEASE TAKE FURTHER NOTICE that you may participate in the hearing either in person or via audio and video connection. Audio communication will be by the use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the person information setting.

PLEASE TAKE FURTHER NOTICE parties are encouraged to review the Court's procedures for telephonic appearances located on the Court's website at: COURT PROCEDURES (uscourts.gov).

PLEASE TAKE FURTHER NOTICE that hearing appearances must be made electronically in advance of the hearing. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

Dated: June 11, 2024.                    Respectfully submitted,

          **CROWE & DUNLEVY, P.C.**

          By: */s/ Vickie L. Driver*
          Vickie L. Driver
          State Bar No. 24026886
          Christina W. Stephenson
          State Bar No. 24049535
          2525 McKinnon St., Suite 425
          Dallas, TX 75201
          Telephone: 737.218.6187
          Email: dallaseservice@crowedunlevy.com

          -and-

          Shelby A. Jordan
          State Bar No. 11016700
          S.D. No. 2195
          Antonio Ortiz
          State Bar No. 24074839
          S.D. No. 1127322
          **JORDAN & ORTIZ, P.C.**
          500 North Shoreline Blvd., Suite 900
          Corpus Christi, TX 78401
          Telephone: (361) 884-5678
          Facsimile: (361) 888-5555
          Email: sjordan@jhwclaw.com
                 aortiz@jhwclaw.com
          Copy to: cmadden@jhwclaw.com

          **ATTORNEYS FOR ALEXANDER E. JONES**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon all parties registered to receive notice via the Court's CM/ECF noticing system on June 11, 2024.

/s/ Vickie L. Driver
Vickie L. Driver

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon all parties registered to receive notice via the Court's CM/ECF noticing system on June 11, 2024.

/s/ Vickie L. Driver
Vickie L. Driver