UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § § § | Case No. 22-33553 (CML) |
| ALEXANDER E. JONES | | |
| | | (Chapter 7) |
| DEBTOR. | | |

### NOTICE OF APPOINTMENT OF CHAPTER 7 TRUSTEE

Pursuant to 11 U.S.C. §701, CHRISTOPHER R. MURRAY is appointed trustee in the above styled case and is hereby designated to preside at the meeting of creditors held pursuant to 11 U.S.C. §341(a). Pursuant to the Federal Rules of Bankruptcy Procedure, Rule 2008, the trustee will be deemed to have accepted this appointment unless it is rejected within seven (7) days of receipt of this notice. If the trustee rejects this appointment, the trustee must notify the Court and the United States Trustee. The bond for this case will be included under the trustee's existing blanket bond. Unless creditors at the first meeting of creditors elect another trustee, the trustee appointed herein shall serve as trustee without further appointment or qualification under the same bond.

Dated: June 14, 2024

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE REGION 7

By:/s/ *Jayson B. Ruff*
Jayson B. Ruff
Trial Attorney
Michigan State Bar No. P69893
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (713) 718-4662
Fax: (713) 718-4670
jayson.b.ruff@usdoj.gov