United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 22-33553 |
| ALEXANDER E. JONES, | § § | |
| Debtor. | § § § § | CHAPTER 7 |

**ORDER DENYING MOTION**
[Relates to Docket No. 711]

For the reasons stated on the record at the July 16, 2024 hearing, the Motion for Relief from Stay at Docket No. 711 is denied.

Signed: July 16, 2024

_____
Christopher Lopez
United States Bankruptcy Judge