IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | Chapter 11 |
| ALEXANDER E. JONES ) | |
| ) | Case No. 22-33553 (CML) |
| DEBTOR. ) | |
| ) | |
| ) | |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE
FINAL FEE APPLICATION OF BLACKBRIAR ADVISORS LLC AS
FINANCIAL ADVISOR TO THE DEBTOR FOR THE PERIOD FROM
DECEMBER 02, 2022 THROUGH JUNE 14, 2024**

1. On June 28, 2024, BlackBriar Advisors, LLC ("BlackBriar"), as financial advisor to Alexander E. Jones ("Debtor") in in the above-captioned Chapter 11 Case, filed its *Final Fee Application of BlackBriar Advisors, LLC as Financial Advisor to the Debtor for the Period from December 02, 2022 Through June 14, 2024* [Doc. No. 743] (the "Application").

2. The deadline for parties to file objections and responses to the Application was July 19, 2024 and extended to August 19, 2024 by agreement between the Trustee and the Debtor (the "Objection Deadline"). No objections or responses to the Application were filed on the docket on or before the Objection Deadline. BlackBriar did not receive any other informal responses on or before the Objection Deadline.

3. BlackBriar hereby respectfully requests that the Court enter the proposed order on the Application, attached as Exhibit A, at the earliest convenience of the Court.

1

Dated: August 22, 2024.

**CROWE & DUNLEVY, P.C.**

By: */s/ Vickie L. Driver*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

**ATTORNEYS FOR DEBTOR ALEXANDER E. JONES**

# **EXHIBIT A**

Proposed Order