IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| ALEXANDER E. JONES ) | CASE NO. 22-33553 |
| ) | |
| DEBTOR. ) | (CHAPTER 11) |
| ) | |
| ) | JUDGE CHRISTOPHER M. LOPEZ |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE FINAL FEE APPLICATION OF JORDAN & ORTIZ, P.C. AS CO-COUNSEL TO THE DEBTOR FOR THE PERIOD DECEMBER 02, 2022 THROUGH JUNE 14, 2024**
**[DKT #747]**

1. On June 28, 2024, Alexander E. Jones ("Debtor"), as debtor filed his Final Fee Application of Jordan & Ortiz, P.C., as Co-Counsel to the Debtor for the Fee Period from December 2, 2022 through June 14, 2024 [Dkt. No. 747] (the "Application").

2. The deadline for parties to file objections and responses to the Application was originally July 19, 2024 and then extended per Stipulation to August 19, 2024 [Dkt No. 767] (the "Objection Deadline"). No objections or responses to the Application were filed on the docket on or before the Objection Deadline. Undersigned counsel for Debtor did not receive any other informal responses on or before the Objection Deadline.

3. Debtor hereby respectfully requests that the Court enter the proposed order on the Application, attached as Exhibit A, at the earliest convenience of the Court.

Respectfully submitted August 22, 2024

          */s/ Shelby A. Jordan*
          SHELBY A. JORDAN
          State Bar No. 11016700
          S.D. No. 2195
          ANTONIO ORTIZ
          State Bar No. 24074839
          S.D. No. 1127322
          ***Jordan & Ortiz, P.C.***
          500 North Shoreline Blvd., Suite 900
          Corpus Christi, TX  78401
          Telephone: (361) 884-5678
          Facsimile:  (361) 888-5555
          Email:  sjordan@jhwclaw.com
                  aortiz@jhwclaw.com
          Copy to: cmadden@jhwclaw.com
          **CO-COUNSEL FOR DEBTOR**

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 22, 2024, a true and correct copy of the foregoing was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

          */s/ Shelby A. Jordan*
            Shelby A. Jordan