# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ALEXANDER E. JONES | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | |

## ORDER AUTHORIZING PAYMENT OF FINAL FEE APPLICATION OF JORDAN & ORTIZ, P.C. AS CO-COUNSEL TO THE DEBTOR FOR THE PERIOD DECEMBER 2, 2022, THROUGH JUNE 14, 2024

ON THIS DATE this Court considered the Final Fee Application of Jordan & Ortiz, P.C. Co-Counsel for the Debtor for Allowance and Payment of Fees and Expenses for the Period from December 2, 2022 through June 14, 2024 (the "Application"). The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); that this is a core proceeding pursuant to 28 U.S.C. § 157(b), and that the venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The Court has considered the Application and any objections prior to the signing of this order.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth therein.

2. J&O is awarded $448,420.50 for professional fees and services provided during the Application Period of December 2, 2022, through June 14, 2024.

3. J&O is awarded $1,818.30 for reimbursement of actual and necessary expenses incurred by J&O during the Application Period.

4. Notice of the Application provided by J&O is deemed to be good and sufficient notice of the Application, and the requirements of the Local Rules are satisfied by the contents of the Application.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

IT IS FURTHER ORDERED that, notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: _____, 2024

                                                       CHRISTOPHER M. LOPEZ
                                                       UNITED STATES BANKRUPTCY JUDGE