**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | Chapter 11 |
| ALEXANDER E. JONES | ) | |
| | ) | Case No. 22-33553 (CML) |
| DEBTOR. | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE SUPPLEMENTAL FINAL FEE APPLICATION OF RACHEL KENNERLY, LLC AS TAX ACCOUNTANT TO THE DEBTOR FOR THE PERIOD FROM DECEMBER 06, 2022 THROUGH JUNE 14, 2024**

1. On August 1, 2024, Rachel Kennerly, LLC ("Kennerly"), as tax accountant to Alexander E. Jones ("Debtor") in the above-captioned Chapter 11 Case, filed its *Supplemental Final Fee Application of Rachel Kennerly, LLC as Tax Accountant to the Debtor for the Period from December 02, 2022 Through June 14, 2024* [Doc. No. 797] (the "Application").

2. The deadline for parties to file objections and responses to the Application was August 22, 2024 (the "Objection Deadline"). No objections or responses to the Application were filed on the docket on or before the Objection Deadline. Kennerly did not receive any other informal responses on or before the Objection Deadline.

3. Kennerly hereby respectfully requests that the Court enter the proposed order on the Application, attached as Exhibit A, at the earliest convenience of the Court.

Dated: August 23, 2024.

**CROWE & DUNLEVY, P.C.**

By: *_/s/ Vickie L. Driver_*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

**ATTORNEYS FOR DEBTOR ALEXANDER E. JONES**

# EXHIBIT A

Proposed Order